UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL TOLBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTIOCH POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 22-cv-02026-JSC<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR ORDER; DIRECTING DEFENDANTS TO PROVIDE PAPER COPIES OF DISCOVERY OR SHOW CAUSE WHY NOT; REQUESTING PRISON OFFICIALS TO PROVIDE PLAINTIFF ACCESS TO VIDEO AND/OR AUDIO RECORDINGS**<br><br>(ECF No. 67) |

This is a civil rights action filed by a California prisoner proceeding without an attorney. Plaintiff moves for an order directing Defendants to provide paper copies of discovery because prison rules do not allow him to have the "usb" flash drive that Defendants sent him. (ECF No. 67 at 1-2.) Plaintiff also requests officials at his prison, California Men's Colony East ("CMC"), allow him access to any video or audio recordings that are part of the discovery. (*Id.* at 1.)

Good cause appearing, Plaintiff's motion is GRANTED IN PART. On or before **March 28, 2024,** Defendants shall either provide Plaintiff paper copies of discovery or show cause why they should not have to provide paper copies of any discovery that is not a video or audio recording. Defendants shall also notify Plaintiff which, if any, part of the discovery materials are

//

//

1  audio or video recordings, and CMC officials are respectfully requested to provide Plaintiff
2  reasonable access to equipment to view or listen to such recordings.
3  This order resolves ECF No. 67.
4  **IT IS SO ORDERED.**
5  Dated: March 14, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge